IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY SELLERS,

        Plaintiff,

       vs.                                  CIV S-11-1663 LKK KJN (TEMP) PS

CITY OF DAVIS, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). By notice issued June 22, 2011, plaintiff was directed to submit a completed Civil Cover Sheet, the filing fee of $350.00 or an application to proceed in forma pauperis. Plaintiff has failed to do so. Therefore, plaintiff will be provided one final opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty one days from the date of this order, either a completed application and affidavit in support of a request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff Sellers an Application to Proceed In Forma Pauperis.

DATED: July 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sellers.inc